UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARNET ANALYTICS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED SOLUTIONS, INC., MICHAEL LUNDY AND BRIAN SOL <br><br> Defendants. | CIVIL ACTION <br> NO. 3:12-cv-00716 (WWE) <br><br><br> July 2, 2012 |

### APPLICATION FOR PREJUDGMENT REMEDY

To the United States District Court for the District of Connecticut, the undersigned represents:

1. Pursuant to Fed. R. Civ. P. 64, D. Conn. L. Civ. R. 4(c), and Conn. Gen. Stat. §52-278a, *et seq.*, Plaintiff Garnet Analytics, Inc. ("Garnet" or "Plaintiff"), hereby files this Application for Prejudgment Remedy (the "Application") against Defendants Diversified Solutions, Inc. ("DSI"), Michael Lundy (" Mr. Lundy"), and Brian Sol ("Mr. Sol") (collectively, "Defendants").

2. By complaint dated May 14, 2012, Doc. #1 (the "Complaint"), Garnet has commenced an action against Defendants for (1) breach of contract (against DSI), (2) breach of the implied covenant of good faith and fair dealing (against DSI), (3) promissory estoppel (against DSI), (4) quantum meruit (against DSI), (5) negligent misrepresentation (against DSI), (6) fraud (against all Defendants), and 7) violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a to 110q (against DSI).

3. There is probable cause that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy

sought, taking into account any known defenses, counterclaims or set-offs, will be rendered in Garnet's favor, and that such amounts will be recoverable from Defendants' assets pursuant to Conn. Gen. Stat. § 52-570a, based on, *inter alia*, the facts stated in the Complaint.

Based on the foregoing, Garnet seeks an order from this Court directing that the following prejudgment remedy be granted to secure the sum of $1,932,068.65:

    a.    To attach a sufficient amount of Defendants' real and personal property to secure the totality of such sums; and

    b.    To attach and/or garnish such other assets, goods, estate, debts, property and/or other obligations held by or on behalf of Defendants as may hereafter be identified by Defendants in their disclosures pursuant to Garnet's accompanying Motion for Disclosure of Assets, or as otherwise discovered by Garnet.

**WHEREFORE**, for all of the reasons stated herein, as well as in the accompanying Memorandum of Law, Affidavits of Denise Plude and Michael Plude and the Complaint, as filed on May 14, 2012, and any evidence adduced at any hearing held on this matter, Garnet respectfully requests that this Court grant this Application for Prejudgment Remedy.

                                            The PLAINTIFF,
                                            Garnet Analytics, Inc.

                                            By:    */s/ Christopher P. McCormack*
                                                         Christopher P. McCormack (ct 03251)
                                                         Alison M. Perry (ct 28482)
                                                         Pullman & Comley, LLC
                                                         850 Main Street, P.O. Box 7006
                                                         Bridgeport, CT 06601-7006
                                                         Telephone 203 330 2000
                                                         Facsimile 203 576 8888

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was electronically delivered or mailed on: 2nd day of July, 2012 to all counsel and pro se parties of record.

/s/ Christopher P. McCormack
Christopher P. McCormack - (ct 03251)