IN THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GARNET ANALYTICS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**DIVERSIFIED SOLUTIONS, INC., MICHAEL LUNDY AND BRIAN SOL,**<br><br>Defendants. | Case No: 3:12-CV-00716-WWE |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM COUNT FOUR

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COMES NOW, Diversified Solutions, Inc., Michael Lundy and Brian Sol ("DSI") and files this Response to Plaintiff's Motion to Dismiss Defendants' Counterclaim Count Four, and respectfully shows as follows:

1. On November 22, 2012, the Court ordered that DSI file its amended answer and counterclaims within twenty-one days of the Ruling's filing date.

2. Pursuant to the Court's order, DSI filed its Second Amended Answer and Counterclaims on December 12, 2012 (Document No. 69).

3. DSI has complied with the Court's Order of November 22, 2012 with respect to its Counterclaim Count Four. Plaintiff's pending Motion is without merit and, as such, no additional response to Plaintiff's Motion to Dismiss will be forthcoming.

1

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, DSI requests that this Court deny Plaintiff's Motion to Dismiss and order any and all additional relief the Court deems just and proper.

SLATER PUGH, Ltd. LLP

_____
Adam Pugh (Texas Bar No. 24044341)
Federal Bar No. phv05457
8400 N. Mopac Expressway
Suite 100
Austin, Texas 78759
(512) 472-2431
apugh@slaterpugh.com

*Attorneys for Defendants/Counterclaimants*

Dated: January 28, 2013

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed with the court the foregoing and that a true and correct copy of the above and foregoing document has been served on January 28, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Christopher P. McCormack
Alison Marie Perry
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

_____
Adam Pugh

2